## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan P. Barger<br>　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>　vs. | NO. 19-10254 JKF |
| Jonathan P. Barger<br>　　　　　Debtor(s) | |
| Scott Waterman<br>　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER MODIFYING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to pursue its state court rights with regard to the 2013 TOYOTA RAV4, VIN: 2T3BFREV3DW011723 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 8th day of May, 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Jonathan P. Barger
11 Anna Maria Terrace
Huntingdon Valley, PA 19006-1618

Alan B. Kane, Esq.
Suite 608
One Montgomery Plaza
Norristown, PA 19401

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532