**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JONATHAN BARGER                    Case No. 19-10254-JKF
                    Debtor        (Chapter 13)

**PRAECIPE TO WITHDRAW**
**OBJECTIONS TO PROOF OF CLAIM OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE (CLAIM NO. 3) AND MOTION**
**FOR A VALUATION PURSUANT TO FED. R. BANKR.P. 3012**

Debtor, Jonathan Barger, by and through his attorney, Alan B. Kane, Esquire, hereby withdraws objection to the Proof of Claim filed by the Pennsylvania Department of Revenue (Claim No. 3) as Pennsylvania Department of Revenue has amended its proof of claim to rendered said objection moot.

                                   Respectfully Submitted:


Dated: May 8, 2019              By:_____
                                   Alan B. Kane, Esquire
                                   Attorney for Debtor,
                                   Jonathan Barger
                                   Attorney Id No.: 66379
                                   The Law Office of Alan B. Kane
                                   600 Louis Drive, Suite 201
                                   Warminster, PA 18974
                                   Tele: (610) 279-5151
                                   Fax: (267) 282-5687
                                   E-Mail: akaneesqcpa@msn.com

## CERTIFICATE OF SERVICE

I, Alan B. Kane, Esquire do hereby certify that a copy of the foregoing Praecipe to Withdraw Objections to the Proof of Claim filed by the Pennsylvania Department of Revenue (Claim No. 3) and Motion for Valuation Pursuant to Fed. R. Bankr. P. 3012 has been served on the following by Electronic Mail and/or First Class Mail this 8th day of May, 2019

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
          and

Nicole Amolsch
PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

and

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

and

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

_____
Alan B. Kane, Esquire