IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
JONATHAN BARGER,                                :
                                                :    Bankruptcy No. 19-10254(JFK)
       Debtor.                                  :
------------------------------------------------------x

**ORDER**

AND NOW, this 9th day of May, 2019, upon consideration of the City of Philadelphia's Motion for Relief from the Automatic Stay (the "Motion") and any response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The City of Philadelphia is granted relief from the automatic stay provisions of 11 U.S.C. § 362(a) to exercise any and all rights it has under any and all applicable laws with respect 2505 Orthodox Street, Philadelphia, PA 19137.

3. The stay of proceedings imposed by Fed. R. Bank. P. 4001(a)(3) is waived.

BY THE COURT:

JEAN K. FITZSIMON
U.S. Bankruptcy Judge