United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10254-jkf
Jonathan P. Barger                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 08, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db         Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA   19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
              ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
              ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
              JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan P. Barger<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 19-10254 JKF |
| Jonathan P. Barger<br>_Debtor(s)_ | |
| Scott Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER MODIFYING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to pursue its state court rights with regard to the 2013 TOYOTA RAV4, VIN: 2T3BFREV3DW011723 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 8th day of May, 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Jonathan P. Barger
11 Anna Maria Terrace
Huntingdon Valley, PA 19006-1618

Alan B. Kane, Esq.
Suite 608
One Montgomery Plaza
Norristown, PA 19401

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532