United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10254-jkf
Jonathan P. Barger                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW         Page 1 of 1            Date Rcvd: May 09, 2019
                        Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
db             Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA   19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:36      City of Philadelphia,
       Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA   19102
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
      ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
      ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
      CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue cmomjian@attorneygeneral.gov
      CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
      JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
      JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
    JONATHAN BARGER,                            :
                                                :    Bankruptcy No. 19-10254(JFK)
        Debtor.                                 :
--------------------------------------------------------x

## ORDER

AND NOW, this 9TH day of May, 2019, upon consideration of the City of Philadelphia's Motion for Relief from the Automatic Stay (the "Motion") and any response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The City of Philadelphia is granted relief from the automatic stay provisions of 11U.S.C. § 362(a) to exercise any and all rights it has under any and all applicable laws with respect 2505 Orthodox Street, Philadelphia, PA 19137.

3. The stay of proceedings imposed by Fed. R. Bank. P. 4001(a)(3) is waived.

BY THE COURT:

JEAN K. FITZSIMON
U.S. Bankruptcy Judge