IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JONATHAN BARGER            Case No. 19-10254-JKF
         Debtor                    (Chapter 13)

**PRAECIPE TO WITHDRAW
OBJECTIONS TO PROOF OF CLAIM OF THE CITY OF
PHILADELPHIA (CLAIM NO. 5) AND MOTION
FOR A VALUATION PURSUANT TO FED. R. BANKR.P. 3012**

Debtor, Jonathan Barger, by and through his attorney, Alan B. Kane, Esquire, hereby withdraws objection to the Proof of Claim filed by the City of Philadelphia (Claim No. 5) as the City of Philadelphia has amended its proof of claim to rendered said objection moot.

                               Respectfully Submitted:

Dated: June 3, 2019           By:_____
                                 Alan B. Kane, Esquire
                                 Attorney for Debtor,
                                 Jonathan Barger
                                 Attorney Id No.: 66379
                                 The Law Office of Alan B. Kane
                                 600 Louis Drive, Suite 201
                                 Warminster, PA 18974
                                 Tele: (610) 279-5151
                                 Fax: (267) 282-5687
                                 E-Mail: akaneesqcpa@msn.com

## CERTIFICATE OF SERVICE

I, Alan B. Kane, Esquire do hereby certify that a copy of the foregoing Praecipe to Withdraw Objections to the Proof of Claim filed by the City of Philadelphia (Claim No. 5) and Motion for Valuation Pursuant to Fed. R. Bankr. P. 3012 has been served on the following by Electronic Mail and/or First Class Mail this 3rd day of June, 2019

    Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
    and

Nicole Amolsch
PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

    and

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

    and

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

    _____
    Alan B. Kane, Esquire