*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan P. Barger
    Debtor(s)

Case No: 19–10254–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Syndcore Holdings LLC Represented by JASON L. RABINOVICH (Counsel).

on: 7/30/19

at: 12:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/28/19

Timothy B. McGrath
Clerk of Court

95 – 81
Form 167