United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-10254-jkf
Jonathan P. Barger                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan          Page 1 of 2          Date Rcvd: Jun 28, 2019
                             Form ID: 167         Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db              Jonathan P. Barger,   11 Anna Maria Ter,   Huntingdon Valley, PA  19006-1618
14258406        #Syndcore Holdings, LLC,   11752 San Vicente Blvd,   Los Angeles, CA  90049-5010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 29 2019 03:22:21
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/Text: megan@phila.gov Jun 29 2019 03:21:15     City of Philadelphia,
                 Law Department,   c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA  19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2019 03:20:34
                 Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA  17128-0946
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:21:58     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14282812        E-mail/Text: megan.harper@phila.gov Jun 29 2019 03:21:15     City of Philadelphia Law Dept.,
                 Tax Rev Unit,   1401 JFK Blvd,   5th Floor,   Philadelphia PA 19102
14258401        E-mail/Text: megan.harper@phila.gov Jun 29 2019 03:21:15     City of Philadelphia,
                 Law Department Bankruptcy Group, MSB,   1401 John F Kennedy Blvd Fl 5,
                 Philadelphia, PA  19102-1617
14259734        E-mail/Text: megan.harper@phila.gov Jun 29 2019 03:21:16     City of Philadelphia,
                 c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA 19102
14331476        +E-mail/Text: megan.harper@phila.gov Jun 29 2019 03:21:15
                 CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
                                                                                  TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Syndcore Holdings LLC,   11752 San Vicente Blvd,   Los Angeles, CA 90049-5010
14259735*       ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                 (address filed with court:  City of Philadelphia,   c/o Megan N. Harper,
                 1401 JFK Blvd. Room 580,   Philadelphia, PA 19102)
14259732*       +Syndcore Holdings LLC,,   11752 San Vicente Blvd,   Los Angeles, CA 90049-5010
14259733*       +Syndcore Holdings LLC,,   11752 San Vicente Blvd,   Los Angeles, CA 90049-5010
                                                                     TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
         ALAN B. KANE   on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
         ALAN B. KANE   on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
         CAROL E. MOMJIAN   on behalf of Defendant   PA Department of Revenue cmomjian@attorneygeneral.gov
         CAROL E. MOMJIAN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
          cmomjian@attorneygeneral.gov
         JASON L. RABINOVICH   on behalf of Defendant   Syndcore Holdings, LLC
          jasonrabinovich@jasonrabinovichlaw.com,  jasonrabinovich@gmail.com

```
District/off: 0313-2          User: Joan          Page 2 of 2          Date Rcvd: Jun 28, 2019
                             Form ID: 167         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
           jasonrabinovich@jasonrabinovichlaw.com,   jasonrabinovich@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                    TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan P. Barger
      Debtor(s)

Case No: 19–10254–jkf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Syndcore Holdings LLC
Represented by JASON L. RABINOVICH (Counsel).

on: 7/30/19

at: 12:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  6/28/19

Timothy B. McGrath
Clerk of Court