UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: JONATHAN BARGER,

Debtor

Case No. 19-10254-JKF

**DEFENDANTS' MOTION TO QUASH
DEBTOR'S SUBPOENAS**

## ORDER QUASHING SUBPOENAS

This matter having been brought before the court by Wells Fargo on a motion to quash subpoenas served on Wells Fargo and Patricia Miele; and the court having considered the argument of counsel, the papers filed and for other good cause shown;

It is on this ____ day of _____, 2018, hereby ORDERED that the Defendants' motion is **GRANTED** and the subpoenas addressed to Wells Fargo and Patricia Miele are hereby **QUASHED**.

**Date: August 13, 2019**

_____
Jean K. FitzSimon, J.