United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jonathan P. Barger  
    Debtor

Case No. 19-10254-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 13, 2019  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db    Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA  19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:

    ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com  
    ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com  
    CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue cmomjian@attorneygeneral.gov  
    CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov  
    JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com  
    JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com  
    KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A. bryce@ballardspahr.com  
    MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia  Miele bryce@ballardspahr.com  
    MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
    MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
    POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: JONATHAN BARGER, | |
|---|---|
| Debtor | Case No. 19-10254-JKF |
| | **DEFENDANTS' MOTION TO QUASH DEBTOR'S SUBPOENAS** |

### ORDER QUASHING SUBPOENAS

This matter having been brought before the court by Wells Fargo on a motion to quash subpoenas served on Wells Fargo and Patricia Miele; and the court having considered the argument of counsel, the papers filed and for other good cause shown;

It is on this _____ day of _____, 2018, hereby ORDERED that the Defendants' motion is **GRANTED** and the subpoenas addressed to Wells Fargo and Patricia Miele are hereby **QUASHED**.

**Date: August 13, 2019**

_____
Jean K. FitzSimon, J.