*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan P. Barger
    Debtor(s)

Case No: 19–10254–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Syndcore Holdings LLC Represented by JASON L. RABINOVICH (Counsel).

*The Courtroom will be opened one (1) hour prior to the scheduled hearing to facilitate the pre–marking of exhibits.

    on: 11/19/19

    at: 10:00 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/10/19

Timothy B. McGrath
Clerk of Court

110 – 81
Form 167