United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10254-jkf
Jonathan P. Barger                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan                Page 1 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: 167              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db              Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA 19006-1618
14258400        Celtic Bank,    PO Box 788,    Kirkland, WA 98083-0788
14262374       +Commonwealth of Pennsylvania, Department of Revenu,    The Phoenix Building,
                 1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14262743       +Commonwealth of Pennsylvania, Department of Revenu,    c/o Carol E. Momjian,
                 Office of Attorney General,    The Phoenix Building,    1600 Arch Street, Suite 300,
                 Philadelphia, PA 19103-2016
14258403        IOU Financial,    600 Townpark Ln NW Ste 100,    Kennesaw, GA 30144-3736
14379852       +Jason Rabinovich,    Law Offices of Jason Rabinovich PLLC,    1700 Market St,    Suite 1005,
                 Philadelphia, PA 19103-3920
14258404        Kash Capital,    347 5th Ave,    New York, NY 10016-5010
14258406       #Syndcore Holdings, LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14266358      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corporation,    PO Box 9490,
                 Cedar Rapids OH 52409-9490)
14305307       +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald,Esquire,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14383651        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14258407        Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
14266239       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2019 02:51:53
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:27     City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA 19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:05
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0946
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14285964       +E-mail/Text: bnc@atlasacq.com Oct 11 2019 02:41:53     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14260251       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2019 02:51:08
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14261315       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2019 02:51:10
                 BMW Financial Services NA, LLC,    Department AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14258399        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2019 02:51:29
                 CAPITAL ONE BANK (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14258401        E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:26     City of Philadelphia,
                 Law Department Bankruptcy Group, MSB,    1401 John F Kennedy Blvd Fl 5,
                 Philadelphia, PA 19102-1617
14259734        E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:26     City of Philadelphia,
                 c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA 19102
14282812        E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:27     City of Philadelphia Law Dept.,
                 Tax Rev Unit,    1401 JFK Blvd,    5th Floor,    Philadelphia PA 19102
14331476       +E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:26
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD.,    5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14258402        E-mail/Text: cio.bncmail@irs.gov Oct 11 2019 02:41:55     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14258405        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:05     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14259351       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2019 03:02:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14266272        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14261421        E-mail/Text: bnc-quantum@quantum3group.com Oct 11 2019 02:41:57
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
14259736       +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:08     Synchrony Bank,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 18
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2          User: Joan                 Page 2 of 2              Date Rcvd: Oct 10, 2019
                              Form ID: 167               Total Noticed: 31

cr*             +Syndcore Holdings LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14259735*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court:   City of Philadelphia,    c/o Megan N. Harper,
                 1401 JFK Blvd. Room 580,    Philadelphia, PA 19102)
14259738*       +Synchrony Bank,    PO Box 41021,    Norfolk, VA 23541-1021
14259732*       +Syndcore Holdings LLC,,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14259733*       +Syndcore Holdings LLC,,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
              ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
              CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia  Miele bryce@ballardspahr.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A.
               bryce@ballardspahr.com
              MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jonathan P. Barger
    Debtor(s)

Case No: 19−10254−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by Syndcore Holdings LLC Represented by JASON L. RABINOVICH (Counsel).

\*The Courtroom will be opened one (1) hour prior to the scheduled hearing to facilitate the pre−marking of exhibits.

on: 11/19/19

at: 10:00 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/10/19

Timothy B. McGrath
Clerk of Court

110 − 81
Form 167