**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHAPTER 13

    JONATHAN P. BARGER,            Bankruptcy No: 19-10254-jkf

    Debtor.

_____/

**ORDER**

AND NOW, this ____ day of _____ 2020, upon consideration of Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC may proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street, Philadelphia, PA 19137.

                                                  BY THE COURT:

                                                  _____