**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            CHAPTER 13

    **JONATHAN P. BARGER,**                         Bankruptcy No: 19-10254-jkf

    **Debtor.**

_____/

**ORDER**

AND NOW, this  8th  day of  April  2020, upon consideration of Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC may proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street, Philadelphia, PA 19137.

BY THE COURT:

_____