United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jonathan P. Barger  
    Debtor

Case No. 19-10254-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 08, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
db          Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA   19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr         ##+Syndcore Holdings LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010  
                                                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:

         ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com  
         ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com  
         CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue    cmomjian@attorneygeneral.gov  
         CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov  
         JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC    jasonrabinovich@jasonrabinovichlaw.com,  jasonrabinovich@gmail.com  
         JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC    jasonrabinovich@jasonrabinovichlaw.com,  jasonrabinovich@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation    bkgroup@kmllawgroup.com  
         MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A.    bryce@ballardspahr.com  
         MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia   Miele bryce@ballardspahr.com  
         MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
         MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation    bkgroup@kmllawgroup.com  
         SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

JONATHAN P. BARGER, Bankruptcy No: 19-10254-jkf

Debtor.

_____/

**ORDER**

AND NOW, this \_8th\_ day of \_April_____ 2020, upon consideration of Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC may proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street, Philadelphia, PA 19137.

BY THE COURT:

_____