**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JONATHAN BARGER                    Case No. 19-10254-JKF
                    Debtor          (Chapter 13)

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**PART 1: Identify the Appellant**

1.  Name of Appellant: Jonathan Barger

2.  Position of Appellant in the Bankruptcy Case that is subject of this appeal: Debtor.

**PART 2: Identify the Subject of this Appeal**

1.  Describe the judgment, order, or decree appeal from: Order of the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, granting Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay.  See attached as Exhibit "A" and made a part hereof.

2.  State the date on which the judgment, order, or decree was entered: April 8, 2020.

**PART 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment, order, or decree appeal from and the names, addresses and telephone numbers of their attorneys are as follows:

1.  Party: Jonathan Barger
    Attorney: Alan B. Kane, Esquire
              The Law Office of Alan B. Kane
              600 Louis Drive, Suite 201
              Warminster, PA 18974
              Tele: (610) 279-5151

2.  Party: Syndcore Holdings, LLC
    Attorney: Jason L. Rabinovich, Esquire
              Law Office of Jason Rabinovich, PLLC

1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tele: (267) 423-4130

### PART 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 USC §158(c)(1), a party elects to have the appeal heard by the United District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District, check below. Do not check if the appellant wishes the Bankruptcy Court Appellant Panel to hear the appeal.

**X** Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### PART 5: Sign Below

Respectfully submitted,

Dated: April 21, 2020                    By:_____
                                         Alan B. Kane, Esquire
                                         Attorney Id. No. 66379
                                         Attorney for Appellant,
                                         Jonathan Barger
                                         The Law Office of Alan B. Kane
                                         600 Louis Drive, Suite 201
                                         Warminster, PA 18974
                                         Tele No.: (610) 279-5151
                                         Fax No.: (267) 282-5687
                                         E-Mail: akaneesqcpa@msn.com

**EXHIBIT "A"**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          **CHAPTER 13**

    **JONATHAN P. BARGER,**              **Bankruptcy No: 19-10254-jkf**

    Debtor.

_____ /

### ORDER

AND NOW, this <u>8th</u> day of <u>April</u>_____ 2020, upon consideration of

Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any

response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the

Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC  may

proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street,

Philadelphia, PA 19137.

BY THE COURT:

_Ellen K. Fehr Smon_

_____