IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JONATHAN BARGER                      Case No. 19-10254-JKF
              Debtor         (Chapter 13)

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**PART 1: Identify the Appellant**

1. Name of Appellant: Jonathan Barger

2. Position of Appellant in the Bankruptcy Case that is subject of this appeal: Debtor.

**PART 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appeal from: Order of the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, granting Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay. See attached as Exhibit "A" and made a part hereof.

2. State the date on which the judgment, order, or decree was entered: April 8, 2020.

**PART 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment, order, or decree appeal from and the names, addresses and telephone numbers of their attorneys are as follows:

1. Party: Jonathan Barger
   Attorney: Alan B. Kane, Esquire
             The Law Office of Alan B. Kane
             600 Louis Drive, Suite 201
             Warminster, PA 18974
             Tele: (610) 279-5151

2. Party: Syndcore Holdings, LLC
   Attorney: Jason L. Rabinovich, Esquire
             Law Office of Jason Rabinovich, PLLC

CC: Judge FitzSimon,(email)           Jason Rabinovich,Counsel for Syndcore Holdings
Jonathan Barger,Debtor                Polly Langdon,Counsel for Chapter 13 Trustee
Alan Kane,Counsel for Debtor          US Trustee
Scott Waterman Chapter 13 Trustee     District Court, electonically

```
                    1700 Market Street, Suite 1005
                    Philadelphia, PA 19103
                    Tele: (267) 423-4130
```

**PART 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 USC §158(c)(1), a party elects to have the appeal heard by the United District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District, check below. Do not check if the appellant wishes the Bankruptcy Court Appellant Panel to hear the appeal.

**X** Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**PART 5: Sign Below**

Respectfully submitted,

Dated: April 21, 2020            By: _____
                                 Alan B. Kane, Esquire
                                 Attorney Id. No. 66379
                                 Attorney for Appellant,
                                 Jonathan Barger
                                 The Law Office of Alan B. Kane
                                 600 Louis Drive, Suite 201
                                 Warminster, PA 18974
                                 Tele No.: (610) 279-5151
                                 Fax No.: (267) 282-5687
                                 E-Mail: akaneesqcpa@msn.com

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

JONATHAN P. BARGER,  Bankruptcy No: 19-10254-jkf

Debtor.

_____/

ORDER

AND NOW, this 8th day of April 2020, upon consideration of Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC may proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street, Philadelphia, PA 19137.

BY THE COURT:

_____