UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  
Clerk

Telephone  
(215) 408-2800

4/22/2020

Re: Jonathan P. Barger  
Bankruptcy No.: 19-10254-jkf  
Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered on 4/8/2020 by the Honorable Jean K. FitzSimon .
   Notice of appeal filing fee (x)paid  ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
   () Objections filed .

() Report and recommendation entered by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By: _____C. Wagner_____  
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____   Signature: _____

Miscellaneous No. _____   Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)