United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10254-jkf
Jonathan P. Barger                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1           Date Rcvd: Apr 22, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
db             Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA   19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
              ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
              ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
              JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
               jasonrabinovich@jasonrabinovichlaw.com,    jasonrabinovich@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A.
               bryce@ballardspahr.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia    Miele bryce@ballardspahr.com
              MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JONATHAN BARGER            Case No. 19-10254-JKF
        Debtor            (Chapter 13)

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**PART 1: Identify the Appellant**

1. Name of Appellant: Jonathan Barger

2. Position of Appellant in the Bankruptcy Case that is subject of this appeal: Debtor.

**PART 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appeal from: Order of the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, granting Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay. See attached as Exhibit "A" and made a part hereof.

2. State the date on which the judgment, order, or decree was entered: April 8, 2020.

**PART 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment, order, or decree appeal from and the names, addresses and telephone numbers of their attorneys are as follows:

1. Party: Jonathan Barger
    Attorney: Alan B. Kane, Esquire
           The Law Office of Alan B. Kane
           600 Louis Drive, Suite 201
           Warminster, PA 18974
           Tele: (610) 279-5151

2. Party: Syndcore Holdings, LLC
    Attorney: Jason L. Rabinovich, Esquire
           Law Office of Jason Rabinovich, PLLC

CC: Judge FitzSimon,(email)     Jason Rabinovich,Counsel for Syndcore Holdings
Jonathan Barger,Debtor     Polly Langdon,Counself for Chapter 13 Trustee
Alan Kane,Counsel for Debtor     US Trustee
Scott Waterman Chapter 13 Trustee     District Court, electonically

1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tele: (267) 423-4130

### PART 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 USC §158(c)(1), a party elects to have the appeal heard by the United District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District, check below. Do not check if the appellant wishes the Bankruptcy Court Appellant Panel to hear the appeal.

**X** Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### PART 5: Sign Below

Respectfully submitted,

Dated: April 21, 2020       By: _____
                            Alan B. Kane, Esquire
                            Attorney Id. No. 66379
                            Attorney for Appellant,
                            Jonathan Barger
                            The Law Office of Alan B. Kane
                            600 Louis Drive, Suite 201
                            Warminster, PA 18974
                            Tele No.: (610) 279-5151
                            Fax No.: (267) 282-5687
                            E-Mail: akaneesqcpa@msn.com

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    CHAPTER 13

JONATHAN P. BARGER,    Bankruptcy No: 19-10254-jkf

Debtor.

_____/

## ORDER

AND NOW, this 8th day of April 2020, upon consideration of Syndcore Holdings, LLC's Motion for Relief from the Automatic Stay (the "Motion"), any response or reply, and after sufficient notice and a hearing, it is hereby ORDERED that the Motion is GRANTED in its entirety. The stay is terminated and Syndcore Holdings, LLC may proceed with its state court action to foreclose on the property situated at 2505 Orthodox Street, Philadelphia, PA 19137.

BY THE COURT:

_JEllen K Fitz Simon_