UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

4/22/2020

Re:    Jonathan P. Barger
       Bankruptcy No.:  19-10254-jkf
       Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered on 4/8/2020 by the Honorable Jean K. FitzSimon.
    Notice of appeal filing fee (x)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
    () Answer to motion filed.

() Proposed findings of fact and conclusions of law entered by the Honorable.
    () Objections filed.

() Report and recommendation entered by the Honorable.

    () Objections filed.

() Original record transferred to the District Court pursuant to the order of the Honorable.

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:_____C. Wagner_____
Deputy Clerk

Received Above material or record tile this __22nd__ day of __April__, 20 20.

Civil Action No. __20-cv-01993__        Signature: _s/Nicole Durso_

Miscellaneous No. _____         Date: __04/22/2020__

Assigned to Judge __GERALD A. MCHUGH__

BFL5.frm(rev 11/8/17)