UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                        Telephone
Clerk                                      5/19/2020                               (215) 408-2800

        Re:  Jonathan P. Barger
              Bankruptcy No.:19-10254-jkf
              Civil Action No. 20-1993

Dear Kate Barkman, Clerk of Court:

        We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

        () Certificate of appeal from order entered  by the Honorable .
              Notice of appeal filing fee ()paid    ()not paid

        (xx) Designation of Record on Appeal Filed
        () Designation of Record on Appeal Not Filed

        () Supplemental certificate of appeal.

        () Motion for leave to appeal filed .
              () Answer to motion filed .

        () Proposed findings of fact and conclusions of law entered  by the Honorable .
              () Objections filed .

        () Report and recommendation entered  by the Honorable .

              () Objections filed .

        () Original record transferred to the District Court pursuant to the order of the Honorable .

        () Other:  Transcipts have been  ordered and expected  filed 6/5/2020.
        xx

        Kindly acknowledge receipt on the copy of the letter provided.

                                        For the Court

                                        Timothy B. McGrath
                                        Clerk

                                        By:_____C. Wagner_____
                                        Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20      .

Civil Action No. _____          Signature:_____

Miscellaneous No. _____         Date: _____

Assigned to Judge _____                           BFL5.frm(rev 11/8/17)

bfcoa

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jonathan P. Barger                    :          Chapter 13

                                              :          Bankruptcy No.  19-10254-jkf
                                                         Adversary   No.
                                              :          Civil Action No:   20-1993


## CERTIFICATE OF APPEAL FROM
## ORDER OF THE BANKRUPTCY JUDGE  DATED APRIL 8. 2020
## AND ENTERED ON THE DOCKET APRIL 8. 2020


        I, Timothy B. McGrath, Clerk of the United States Bankruptcy Court,
Eastern District of Pennsylvania,  herewith electronically transmit the record on appeal
filed April 21,2020,  and certify that the above proceeding was properly before
the Honorable Bankruptcy Judge Jean K. FitzSimon


                                              For the Court
                                              Timothy B. McGrath
                                              Clerk


                                              By: Christine Wagner
                                                  Deputy Clerk



Parties/Counsel of Record :


                        Jonathan P. Barger
                        11 Anna Maria Ter
                        Huntingdon Valley, PA 19006-1618
                        Debtor/ Appellant

Alan B. Kane,Esquire
600 Louis Drive
Suite 201
Warminster, PA 18974
Counsel for Debtor/Appellant


Jason Rabinovich, Esquire
Po Box 922
Conshohocken, PA 19428-0922
Counsel for Creditor Syndcore Holdings LLC

Scott F. Waterman,Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Chapter 13 Trustee

Polly A. Langdon,Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Counsel for Chapter 13 Trustee Scott
Waterman

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106