UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                               Telephone
Clerk                                                    5/19/2020                                              (215) 408-2800


Re:  Jonathan P. Barger
     Bankruptcy No.:19-10254-jkf
     Civil Action No. 20-1993

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered  by the Honorable .
    Notice of appeal filing fee ()paid    ()not paid

(xx) Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

(xx) Other:  Transcipts have been  ordered and expected  filed 6/5/2020.

Kindly acknowledge receipt on the copy of the letter provided.

                          For the Court

                          Timothy B. McGrath
                          Clerk

                          By:_____C. Wagner_____
                          Deputy Clerk

---

Received Above material or record tile this   __19th__ day of __May__, 20 _20_ .

Civil Action No. __20cv1993__         Signature: _s/Nicole Durso_

Miscellaneous No. _____      Date: _05/20/2020_

Assigned to Judge __McHugh__                                                          BFL5.frm(rev 11/8/17)