Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-10254-AMC

JONATHAN P. BARGER  
11 ANNA MARIA TER  
HUNTINGDON VALLEY  PA    19006-1618

Petition Filed Date: 01/15/2019  
341 Hearing Date: 03/15/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2019 | $2,872.20 | | 06/19/2019 | $4,308.30 | | 07/30/2019 | $1,436.10 | |
| 09/18/2019 | $2,872.20 | | 01/15/2020 | $4,308.30 | 6483693000 | 06/11/2020 | $4,308.30 | 6857314000 |
| 07/29/2020 | $2,871.00 | 6972389000 | | | | | | |

**Total Receipts for the Period: $22,976.40    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,976.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,976.40 | Current Monthly Payment: | $1,436.10 |
| Paid to Claims: | $0.00 | Arrearages: | $2,873.40 |
| Paid to Trustee: | $2,172.70 | Total Plan Base: | $86,166.00 |
| Funds on Hand: | $20,803.70 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.