# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: CIVIL ACTION
JONATHAN P. BARGER,  : No. 20-1993
:
Debtor.  :
:

# ORDER

This 5th day of August, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Bankruptcy Court's Order granting Appellee's motion for relief from the automatic stay is **AFFIRMED**.

/s/ Gerald Austin McHugh
United States District Judge