UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

Kate Barkman                                                                             Clerk's Office
Clerk of Court                                                                           215-597-7704

9/15/2020

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

          RE:    BARGER
                  CA No.   2:20-cv-1993 - GAM
                  Bky. No. 19-10254

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 8/5/20.

Kindly acknowledge receipt on the copy of letter provided.

                                      Sincerely,

                                      Kate Barkman
                                      Clerk of Court

                                      By: s/John Arrow
                                        John Arrow, Deputy Clerk

Received above record this   15th day of   September, 2020

                                      /s/ Christine Wagner
                                           (Signature)

bankrec.frm