IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :  CASE NO.: 19-10254-JKF
JONATHAN BARGER                     :
    Debtor                          :  (Chapter 13)
                                    :

## PETITION TO WITHDRAW AS
## COUNSELOR FOR THE DEBTOR, JONATHAN BARGER

    Alan B. Kane, Esquire, hereby moves this Honorable Court for leave to withdraw as Counsel for the Debtor, Jonathan Barger, and in support thereof avers as follows:

    1.   The Petitioner, Alan B. Kane, Esquire, is attorney of record in the above captioned matter for the Debtor, Jonathan Barger, in the above referenced bankruptcy.

    2.   The Petitioner, Alan B. Kane, Esquire, was retained by Jonathan Barger to represent him in the above reference bankruptcy.

    3.   Good cause exists for withdrawal of the petitioner as a conflict of interest has arisen between the Petitioner and the Debtor, Jonathan Barger, which such scope of the conflict must remain confidential.

    4.   The conflict can not be resolved and causes a material difficulty with representing the Debtor, Jonathan Barger.

    **WHEREFORE,** the Petitioner respectfully requests that this Honorable Court grant the Petitioner leave to withdraw as the attorney for the Debtor, Jonathan Barger.

                                                Respectfully submitted,

Dated: September 17, 2020     By:_____
                                              Alan B. Kane, Esquire
                                              ID No.: 66379
                                              The Law Office of Alan B. Kane
                                              600 Louis Drive, Suite 201
                                              Warminster, PA 18974
                                              Tele: (610) 279-5151
                                              Fax: (267) 282-5687
                                              E-mail: akaneesqcpa@msn.com

                                              Petitioner