IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         : CASE NO.: 19-10254-JKF
JONATHAN BARGER                          :
     Debtor                              : (Chapter 13)
                                         :

---

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

The Petitioner has filed with the Court: Petition to Withdraw as Counsel for the Debtor, Jonathan Barger.

**Your rights may be affected. You should read these papers carefully and discuss then with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 1, 2020 you or your attorney must do all the following:

    (a) file an answer explaining your position at:

        Clerk of United States Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Petitioner:

        Alan B. Kane, Esquire
        The Law Office of Alan B. Kane
        600 Louis Drive, Suite 201
        Warminster, PA 18974
        Tele: (610) 279-5151
        Fax: (267) 282-5687
        E-mail: akaneesqcpa@msn.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on October 21, 2020, at 11:00 a.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 17, 2020