United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10254-amc
Jonathan P. Barger                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1              Date Rcvd: Sep 15, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db            Jonathan P. Barger,   11 Anna Maria Ter,   Huntingdon Valley, PA   19006-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
              ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
              ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
              JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC
               jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
              JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
               jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A.
               bryce@ballardspahr.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia  Miele bryce@ballardspahr.com
              MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CIVIL ACTION |
| JONATHAN P. BARGER, | : | No. 20-1993 |
| | : | |
| Debtor. | : | |
| | : | |

# ORDER

This 5th day of August, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Bankruptcy Court's Order granting Appellee's motion for relief from the automatic stay is **AFFIRMED**.

/s/ Gerald Austin McHugh
United States District Judge