```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 19-10254-amc
Jonathan P. Barger                                              Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Sep 23, 2020
                              Form ID: pdf900             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA 19006-1618
14258400       Celtic Bank,    PO Box 788,    Kirkland, WA 98083-0788
14262374      +Commonwealth of Pennsylvania, Department of Revenu,     The Phoenix Building,
                1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14262743      +Commonwealth of Pennsylvania, Department of Revenu,     c/o Carol E. Momjian,
                Office of Attorney General,    The Phoenix Building,    1600 Arch Street, Suite 300,
                Philadelphia, PA 19103-2016
14258403       IOU Financial,    600 Townpark Ln NW Ste 100,    Kennesaw, GA 30144-3736
14379852      +Jason Rabinovich,    Law Offices of Jason Rabinovich PLLC,    1700 Market St,   Suite 1005,
                Philadelphia, PA 19103-3920
14258404       Kash Capital,    347 5th Ave,    New York, NY 10016-5010
14266358     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corporation,     PO Box 9490,
                Cedar Rapids OH 52409-9490)
14383651       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14258407       Toyota Motor Credit Corporation,    PO Box 9013,   Addison, TX 75001-9013
14266239      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14305307      +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald,Esquire,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:45     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2020 05:21:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2020 05:20:47
                BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
cr             E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:45     City of Philadelphia,
                Law Department,    c/o Megan N. Harper,   1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:30
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,   Dept. 280946,
                Harrisburg, PA  17128-0946
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2020 05:20:42     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14285964      +E-mail/Text: bnc@atlasacq.com Sep 24 2020 05:21:22     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
14260251      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2020 05:20:07
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
14261315      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2020 05:20:47
                BMW Financial Services NA, LLC,    Department AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14258399       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2020 05:20:08
                CAPITAL ONE BANK (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14331476       E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:44
                CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
14258401       E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:44     City of Philadelphia,
                Law Department Bankruptcy Group, MSB,    1401 John F Kennedy Blvd Fl 5,
                Philadelphia, PA  19102-1617
14259734       E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:45     City of Philadelphia,
                c/o Megan N. Harper,    1401 JFK Blvd. Room 580,   Philadelphia, PA 19102
14282812       E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:45     City of Philadelphia Law Dept.,
                Tax Rev Unit,    1401 JFK Blvd,   5th Floor,   Philadelphia PA 19102
14258402       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 24 2020 05:21:23     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA  19101-7346
14258405       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:30     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,   Harrisburg, PA  17128-0946
14259351      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2020 05:20:50
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14266272       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:30
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14261421       E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2020 05:21:28
                Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
14259736      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2020 05:20:43     Synchrony Bank,   PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                              TOTAL: 20
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 23, 2020
                              Form ID: pdf900             Total Noticed: 32
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                    Harrisburg, PA  17128-0946
cr*               +Syndcore Holdings LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14259735*        ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                  (address filed with court: City of Philadelphia,    c/o Megan N. Harper,
                   1401 JFK Blvd. Room 580,    Philadelphia PA 19102)
14259738*         +Synchrony Bank,   PO Box 41021,    Norfolk, VA 23541-1021
14259732*         +Syndcore Holdings LLC,,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14259733*         +Syndcore Holdings LLC,,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14258406         ##Syndcore Holdings, LLC,    11752 San Vicente Blvd,    Los Angeles, CA  90049-5010
                                                                                   TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
              ALAN B. KANE    on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com
              CAROL E. MOMJIAN    on behalf of Defendant    PA Department of Revenue cmomjian@attorneygeneral.gov
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              JASON L. RABINOVICH    on behalf of Defendant    Syndcore Holdings, LLC
               jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
              JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
               jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party Patricia  Miele bryce@ballardspahr.com
              MARTIN C. BRYCE, JR.    on behalf of Interested Party    WELLS FARGO BANK, N.A.
               bryce@ballardspahr.com
              MEGAN N. HARPER    on behalf of Defendant    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

JONATHAN P. BARGER

: Chapter 13

Debtor(s) : Bankruptcy No. 19-10254JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

BY THE COURT

Dated: September 23, 2020    _____
Ashely M. Chan, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAN B KANE ESQ
600 LOUIS DR, STE 201
WARMINSTER PA 18974-2847

JONATHAN P. BARGER
11 ANNA MARIA TER
HUNTINGDON VALLEY, PA 19006-1618