04/14/2021

Jonathan Barger
11 Anna Maria Terrace
Huntingdon Valley, Pennsylvania 19006



APR 23 2021

US BKPT CT PA PHILADEL
US BANKRUPTCY COURT
PHILADELPHIA, PA 19101

RE: - 1910254AMC

Dear Clerk of the Court,

I recently disputed information that was on my credit report that may not be reporting accurately. The credit bureaus say they verified the information with you and have told me I need to contact the furnisher of the information. What is your procedure for verifying this information? Do you verify directly with the credit reporting agencies?

Included with this correspondence is a return envelope with postage to respond to me with the attached form. I greatly appreciate your time and cooperation and will await your prompt response.

Sincerely,

Jonathan Barger
Date of Birth: 09/06/1969
SS#: 0531

US BKPT CT PA PHILADEL
US BANKRUPTCY COURT
PHILADELPHIA, PA 19101

I _____ (County Clerk with the Chapter 13 Bankruptcy, ) verify that:

_____ We DO NOT verify information directly with Credit Reporting Agencies (Experian, TransUnion, Equifax)
_____ We DO verify information directly with Credit Reporting Agencies (Experian, TransUnion, Equifax) and our procedure for verifying the information is:

_____

Signature _____ Date _____

CLERK OF THE COURT STAMP: