United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10254-amc
Jonathan P. Barger  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 27, 2021     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jonathan P. Barger, 11 Anna Maria Ter, Huntingdon Valley, PA 19006-1618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAN B. KANE | on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com |
| ALAN B. KANE | on behalf of Plaintiff Jonathan P. Barger Akaneesqcpa@msn.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| CAROL E. MOMJIAN | on behalf of Defendant PA Department of Revenue cmomjian@attorneygeneral.gov |
| JASON L. RABINOVICH | on behalf of Defendant Syndcore Holdings LLC jasonrabinovich@jasonrabinovichlaw.com, jasonrabinovich@gmail.com |
| JASON L. RABINOVICH | on behalf of Creditor Syndcore Holdings LLC jasonrabinovich@jasonrabinovichlaw.com jasonrabinovich@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MARTIN C. BRYCE, JR. | on behalf of Interested Party WELLS FARGO BANK N.A. bryce@ballardspahr.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 27, 2021 Form ID: pdf900 Total Noticed: 1

MARTIN C. BRYCE, JR.
    on behalf of Interested Party Patricia Miele bryce@ballardspahr.com

MEGAN N. HARPER
    on behalf of Defendant City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 16

| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 300 The Madison<br>400 Washington Street<br>Reading, PA 19601<br>(610) 320-5255 |

April 27, 2021

Jonathan Barger
11 Anna Maria Terrace
Huntingdon Valley, PA 19006

Re:19-10254

Dear   Mr. Barger   ,

   This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:____Randi J._____
         Deputy Clerk